UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA LYNN DEJAEGHER,

       Plaintiff,                      Case No.  1:15-CV-1093

v.

                                       HON. RAY KENT

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:  March 16, 2017                /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge